IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | No. 6:20-CR-64 |
| | § | Judge JCB/KNM |
| STEPHANIE MICHELLE STEWART | § | |

## **ELEMENTS OF OFFENSE**

The defendant has been charged in Count 1 of the indictment with theft of mail in violation of 18 U.S.C. § 1708. The essential elements which must be proven beyond a reasonable doubt to establish a violation of this offense are:

FIRST: That multiple pieces of mail were in a mail receptacle, as described in the indictment; and

SECOND: That the defendant stole the pieces of mail from the mail receptacle, as described in the indictment.

Mail matter is stolen when it has been wrongfully taken from an authorized depositary for mail matter with intent to deprive the owner, temporarily or permanently, of its use and benefit. That intent must exist at the time the mail matter is taken from the mails.

Elements of Offense - Page 1

Respectfully submitted,

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

<u>/s/ Allen H. Hurst</u>
ALLEN H. HURST
Assistant United States Attorney
Texas Bar No. 10313280
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Allen.Hurst@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Elements of the Offense was served on counsel of record for defendant via the court's CM/ECF on this the 24th day of February 2021.

<u>/s/ Allen H. Hurst</u>
Allen H. Hurst

**Elements of Offense - Page 2**